IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) ) | CASE NO. 3:12-00012<br>Chief Judge Haynes |
| v. | ) ) | |
| RICK R. INGRAM, SR., | ) ) | |
| Defendant. | ) | |

### ORDER

I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 16th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court