UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00012 |
| | ) | JUDGE CAMPBELL |
| RICK R. INGRAM, SR. | ) | |

### ORDER

This case has been reassigned to the undersigned District Judge. The Court will hold a status conference on May 2, 2013, at 3:00 p.m.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE