UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00012 |
| | ) | JUDGE CAMPBELL |
| RICK R. INGRAM, SR. | ) | |

ORDER

The status conference scheduled May 2, 2013, at 3:00 p.m. is RESCHEDULED for May 2, 2013, at 11:00 a.m.

    IT IS SO ORDERED.

                                                              _____
                                                               TODD J. CAMPBELL
                                                               UNITED STATES DISTRICT JUDGE