UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00012 |
| ) | JUDGE CAMPBELL |
| RICK R. INGRAM, SR. ) | |

## ORDER

Due to an ongoing trial, the sentencing currently scheduled for November 1, 2013, is RESCHEDULED for November 5, 2013, at 11:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE